## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Milan C. Dean,                                          Civil No. 08-5413 (PAM/SRN)

                              Plaintiff,

v.                                                              **ORDER**

Jennie Martinez,
Juan Baptista,

                              Defendants.

---

This matter is before the Court on the Report and Recommendation ("R&R") of
Magistrate Judge Susan Richard Nelson dated October 15, 2008.  In the R&R, Magistrate
Judge Nelson recommended that the Court deny Plaintiff's motion to proceed in forma
pauperis and summarily dismiss this matter under 28 U.S.C. § 1915(e)(2)(B)(ii).  Plaintiff
has failed to file objections to the R&R in the time period permitted.  The Court therefore
**ADOPTS** the R&R (Docket No. 3).

Accordingly, **IT IS HEREBY ORDERED** that:

1.      Plaintiff's Motion for Leave to Proceed in forma pauperis (Docket No. 2) is

        **DENIED**; and

2.      This matter is summarily **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>Tuesday, November 25, 2008</u>

                              <u>*s/ Paul A. Magnuson*</u>
                              Paul A. Magnuson
                              United States District Court Judge